## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Amazon Bookstore Cooperative, Inc.,
          Plaintiff,

vs.

Amazon.com, Inc.,
          Defendant.

Civil No. 99-548 (RHK/RLE)

**ORDER**

    This Court today denies Plaintiff's Motion for a Preliminary Injunction. The parties are referred to Magistrate Judge Raymond L. Erickson for the purpose of establishing an expedited pretrial schedule and a trial ready date. Representations to this Court by counsel would support a trial date <u>no later</u> than December 1, 1999. In establishing this schedule, Judge Erickson is expressly authorized to determine the scope, times, and duration of proposed discovery by the parties. Having denied the requested injunctive relief, it is of particular importance that this case be put on an expedited schedule leading to an early trial. The parties are directed to comply with Judge Erickson's directions regarding the establishment of the schedule <u>AND</u> to cooperate and make good faith effort to adhere to that schedule. Neither Judge Erickson nor the undersigned will hesitate to impose appropriate sanctions should either party, or counsel, fail to follow both the letter and the spirit of Judge Erickson's orders or the intent of this Order.

August 2, 1999

                                    _/s/ Richard H. Kyle_
                                    RICHARD H. KYLE
                                    United States District Judge

FILED **AUG 0 2 1999**
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____